IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| LEROY COLE, | ) | CIVIL ACTION NO. 05-70212 |
| | ) | |
| Plaintiff, | ) | ROBERT H. CLELAND, |
| | ) | UNITED STATES DISTRICT JUDGE |
| vs. | ) | |
| | ) | DONALD A. SCHEER, |
| JO ANNE B. BARNHART, | ) | UNITED STATES MAGISTRATE JUDGE |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This Court hereby **GRANTS** the parties' Stipulation to Remand and now finds that the Commissioner's decision should be **REVERSED**, and this case **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. Upon remand, the Appeals Council will issue a partially favorable decision, finding Plaintiff disabled as of May 4, 2001, but not prior to that date.

IT IS SO ORDERED.

       S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: June 21, 2005

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 21, 2005, by electronic and/or ordinary mail.

       S/Lisa G. Teets
Case Manager and Deputy Clerk
(313) 234-5522